UNITED STATES of America,
Plaintiff–Appellee,

v.

Timothy DARNALL, Defendant–
Appellant.

No. 07–14202
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 29, 2008.

Michael B. Cohen, Ft. Lauderdale, FL, for Defendant–Appellant.

Kathleen M. Salyer, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before TJOFLAT, ANDERSON and HULL, Circuit Judges.

PER CURIAM:

Michael Cohen, appointed counsel for Timothy Darnall, has filed a motion to withdraw on appeal supported by a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED and Darnall's conviction and sentence is AFFIRMED